Form 154 – ntcabn72

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 10−15603−RTL
Chapter: 7
Judge: Raymond T. Lyons Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jorge L. Padilla
   23 E 3rd St
   Howell, NJ 07731

Social Security No.:
   xxx−xx−9190

Employer's Tax I.D. No.:

## NOTICE OF PROPOSED ABANDONMENT

   Peggy E. Stalford, Trustee for the above−captioned case, has filed a notice of intent to abandon certain property described below as being of inconsequential value to the estate.
   If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such objection shall be in writing, served upon the Trustee and filed with the Clerk of the United States Bankruptcy Court. Such objection and request shall be filed with the Clerk and served upon the Trustee no later than May 10, 2010.
   In the event an objection is timely filed, a hearing will be held before the Honorable Raymond T. Lyons Jr. on

DATE:            May 17, 2010
TIME:            10:00am
COURTROOM:       8

   If no objection is filed with the Clerk and served upon the Trustee on or before May 10, 2010, the abandonment will take effect on the fifth day following the last day to file objections.

The description of the property to be abandoned is as follows:
Trustee abandons her interest in the following property:

23 E. 3rd Street
Howell, NJ

$140,000.00

The liens on the property to be abandoned are as follows
(including amount claimed due):
BAC Home Loans
$135,088.00

The amount of equity claimed as exempt by the debtor is:
$4912.00

   Request for additional information about the property to be abandoned should be directed to the Trustee at:

Peggy E. Stalford
100 Main St.
Allenhurst, NJ 07711
(732) 531–0700

    or the trustee's attorney (if applicable) at:

Dated: April 21, 2010
JJW:

                                              James J. Waldron
                                              Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0312-3           User: bduplech              Page 1 of 1                   Date Rcvd: Apr 21, 2010
Case: 10-15603                 Form ID: 154                Total Noticed: 19

The following entities were noticed by first class mail on Apr 23, 2010.
db           +Jorge L. Padilla,    23 E 3rd St,    Howell, NJ 07731-8579
smg           U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +United States Trustee,    Office of the United States Trustee,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
510513834     Bac Home Loans Servici,    PO Box 5170,    Simi Valley, CA 93062-5170
510513835     Bank Of America,    Nc 4 105 03 # 14,    Greensboro, NC 27420
510513836     Chase,    PO Box 100018,    Kennesaw, GA 30156-9204
510513838    +Equifax,    PO Box 740256,    Atlanta, GA 30374-0256
510513839    +Experian,    PO Box 9701,    Allen, TX 75013-9701
510513840     Faloni & LaRusso, Esquires,    PO Box 1285,    Caldwell, NJ 07007-1285
510513841     Forster, Garbus & Garbus,    PO Box 9030,    Farmingdale, NY 11735-9030
510513842     Frederick J. Hanna & Associates,    1427 Roswell Rd,    Marietta, GA 30062-3668
510513844     JPMorgan Chase Legal Department,    900 US Highway 9 N Ste 401,    Woodbridge, NJ 07095-1003
510513845     Kimball Medical Center,    PO Box 48050,    Newark, NJ 07101-4850
510513847    +Schachter Portnoy, LLC,    3490 US Route 1,    Princeton, NJ 08540-5920
510513848     Thd/cbsd,    PO Box 20507,    Kansas City, MO 64195-0507
510513849     Transunion,    PO Box 2000,    Crum Lynne, PA 19022
The following entities were noticed by electronic transmission on Apr 21, 2010.
510513843     E-mail/PDF: gecsedi@recoverycorp.com Apr 21 2010 23:36:33      Gemb/ge Money Bank Low,
               PO Box 103106,    Roswell, GA 30076-9106
510513846     E-mail/PDF: bankruptcy@ncfsi.com Apr 21 2010 23:36:11      New Century Financial,
               110 S Jefferson Rd # 104,    Whippany, NJ 07981-1038
510540945     E-mail/PDF: rmscedi@recoverycorp.com Apr 21 2010 23:36:37
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
510513837*   +Chase,    PO Box 100018,    Kennesaw, GA 30156-9204
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 23, 2010**          **Signature:**   _Joseph Speetjens_